UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
St. Paul Fire & Marine Insurance Company
     Plaintiff

                          ORDER OF DISMISSAL
                          FOR FAILURE TO
  -v-                       PROSECUTE
                          CV-05-2587(TCP)

Haroon Restoration Corp.
     Defendants.
-----------------------------------------------------X

On October 24, 2005, Mag. Judge James Orenstein issued an order stating,

> "The plaintiff shall, within ten days of the date of this order, commence the default judgment process pursuant to Fed. R. Civ. P. 55. Failure to respond to this order within ten days will result in a Report and Recommendation to the District Court Judge that the case be dismissed for failure to prosecute."

There having been no response to Mag. Judge Orenstein's order and no action in this case since June 21, 2005, the case is closed for failure to prosecute.

  IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute.

  IT IS FURTHER ORDERED the Clerk of the Court is directed to mark the case closed.

                        /s/
                        Thomas C. Platt
                        U.S. District Judge

Dated: Central Islip, NY
   January 5, 2006